RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 9/17/15
BY ___

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| HENRY HERFORD | CIVIL ACTION NO. 13-cv-1243 |
| VERSUS | JUDGE WALTER |
| CITY OF SHREVEPORT, ET AL | MAGISTRATE JUDGE HORNSBY |

# J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that this civil action is dismissed without prejudice for failure to prosecute.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 17th day of September, 2015.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE